# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angel Good, | Case No.: 3:17-cv-00356-MEJ |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Wells Fargo Bank, N.A. d/b/a Wells Fargo Home Mortgage, | |
| Defendant. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: OCTOBER 26, 2017

_____
Judge: Hon. Maria-Elena James